IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:22-cr-117 |
| | : JUDGE EDMUND A. SARGUS, JR. |
| v. | : |
| (2) PATRICK M. SAULTZ, aka "White Boy Pat," | : |
| Defendant. | : |

## PRELIMINARY ORDER OF FORFEITURE

On July 21, 2023, a Superseding Information (Doc. 470) was filed in this case charging Defendant Patrick M. Saultz with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841 *et seq.*, 846, and 860 (Count One), Conspiracy to Commit Sex Trafficking, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1) and 1594(c) (Count Two), and Concealment Money Laundering, in violation of 18 U.S.C. § 1956(a)(l)(B)(i) (Count Three).

In accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, the Superseding Information also contained a Forfeiture Allegation notifying Defendant Saultz that upon conviction of the offenses alleged in the Superseding Information, he shall forfeit the following property to the United States (which will hereinafter collectively be referred to as "the subject property"):

1. A black 2019 BMW 7 Series, VIN WBA7F2C56KB239637, last known to display Ohio license O031151, titled in the name of Patrick M. Saultz;

2. A black 1986 Buick Regal, VIN 1G4GK4772GP458025, last known to display Ohio license 295ZKR, titled in the name of Patrick M. Saultz;

3. A teal Harley Davidson Road Glide motorcycle, VIN 1HD1KTM11FB611217, last known to display Ohio license HYS59, titled in the name of Ashley R. Morrison (Ashley Saultz);

4. Approximately $71,730.27 seized on or about July 11, 2022, from JP Morgan Chase Checking Account xxxx6895, held in the name of Patrick Saultz, pursuant to a federal seizure warrant;

5. The following property seized on or about June 30, 2022, from Car-Go Storage, Unit S14:
    - A Remington Wingmaster 870 shotgun, bearing Serial Number S635855V;
    - A Sears Roebuck Model 21 shotgun, bearing no Serial Number;
    - A Mauser K98 rifle, bearing Serial Number 9130256982;
    - A Mossberg 930, shotgun, bearing Serial Number AF116053;
    - A Winchester 94 rifle , bearing Serial Number 4547097;
    - A Kel-Tec PLR 16 pistol, with scope, and bearing Serial Number P8J10; and
    - All magazines and ammunition.

6. The following property seized on or about June 30, 2022, from Car-Go Storage, Unit T15:
    - Approximately $895,300.00 in United States currency; and
    - A Rolex Oyster Perpetual Datejust watch held in a green box.

7. The following property seized on or about June 30, 2022, from Car-Go Storage, Unit O19:
    - A Smith and Wesson M&P 2.0 pistol, bearing Serial Number NCL4076;
    - All magazines and ammunition; and
    - Approximately $325,040 in United States currency.

8. Approximately $112,646.18 seized on or about July 11, 2022, from Huntington Bank Business Checking Account xxxx3720, held in the name of Ohio P&C Properties, LLC, pursuant to a federal seizure warrant;

9. The following property seized on or about June 29, 2022, from the residence located at 140 Whitethorne Avenue, Columbus, Ohio:
    - A Ruger -57 pistol, bearing Serial Number 641-60669;
    - All magazines and ammunition;
    - Approximately $100,577.00 in United States currency, which includes:
        - Approximately $95,577.00 in United States currency seized from inside the residence; and

     ○ Approximately $5,000.00 in United States currency seized from the 2019 black BMW located at the residence; and
- A Rolex watch.

10. The following property seized on or about February 17, 2022, from the residence located at 634 South Ogden Avenue, Columbus, Ohio:
    - A Smith and Wesson, US M&P P9 handgun, bearing Serial Number NBL1170;
    - All magazines and ammunition; and
    - Approximately $2,668.00 in United States currency.

11. Approximately $9,000.00 in United States currency seized on or about October 27, 2022, from the residence located at 69 East 4th Avenue, Columbus, Ohio;

12. The Real Property known and numbered as 465 East Morrill Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, Parcel Number 010-001477, which is legally described in the Forfeiture Allegation of the Superseding Information;

13. The Real Property known and numbered as 430 1/2 South Warren Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, Parcel Number 010-008937, which is legally described in the Forfeiture Allegation of the Superseding Information;

14. The Real Property known and numbered as 440 South Harris Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, Parcel Number 010-024345, which is legally described in the Forfeiture Allegation of the Superseding Information;

15. The Real Property known and numbered as 113 Whitethorne Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, Parcel Number 010-028090, which is legally described in the Forfeiture Allegation of the Superseding Information;

16. The Real Property known and numbered as 121 Whitethorne Street, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties, LLC, Parcel Number 010-000068, which is legally described in the Forfeiture Allegation of the Superseding Information;

17. The Real Property known and numbered as 559 South Burgess Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, Parcel Number 010-068315, which is legally described in the Forfeiture Allegation of the Superseding Information;

18. The Real Property known and numbered as 438 South Harris Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, Parcel Number 010-044300, which is legally described in the Forfeiture Allegation of the Superseding Information; and

19. The Real Property known and numbered as 140 Whitethorne Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties, Parcel Number 010-024164, which is legally described in the Forfeiture Allegation of the Superseding Information.

On July 21, 2023, a Plea Agreement (Doc. 471) was also filed in this case in which Defendant Saultz agreed to plead guilty to the offenses alleged in the Superseding Information. He also agreed to voluntarily surrender for immediate forfeiture to the United States of all of his right, title, and interest in all property seized during the investigation in this case and identified in the Forfeiture Allegation of the Superseding Information — the subject property. Defendant Saultz acknowledged that the subject property:

> constitutes, or was derived from, proceeds that were obtained, directly or indirectly, as a result of the offense in violation of 21 U.S.C. §§ 841 and 846 to which he has agreed to plead guilty, and/or is property that was used, or was intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation; and/or
>
> was involved in, used in, or was intended to be used to commit or to facilitate the commission of the offense in violation of 18 U.S.C. § 1594 to which he has agreed to plead guilty, and/or constitutes or was derived from, any proceeds that were obtained, directly or indirectly, as a result of such violation, and/or is property traceable to such property; and/or
>
> are firearms or ammunition that were involved in or were used in at least one of the offenses in violation of 21 U.S.C. §§ 841 and 846 and/or 18 U.S.C. § 1594 to which he has agreed to plead guilty; and/or

4

was involved in the offense in violation of 18 U.S.C. § 1956 to which he has agreed to plead guilty, or is property traceable to such property.

Therefore, he acknowledged and agreed that the subject property is subject to forfeiture to the United States in accordance with 18 U.S.C. § 982(a)(1), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), 18 U.S.C. §§ 1594(d) and (e), and/or 21 U.S.C. § 853(a)(1) and (2), and also agreed to the entry any orders necessary to complete the forfeiture and disposal of the subject property by the United States.

On July 25, 2023, Defendant Patrick Saultz appeared before this Court and entered guilty pleas to Counts One through Three and of the Superseding Information in accordance with the Plea Agreement. (*See* Courtroom Minutes, Doc 481.) He also agreed to the forfeiture outlined in the Forfeiture Allegation of the Superseding Information. (*Id.*)

Finally, on or about September 20, 2023, the United States filed Notices of Completed Forfeiture (Docs. 510 and 511) notifying the Court that the U.S. Department of Homeland Security — U.S. Customs and Border Protection ("CBP") and the Drug Enforcement Administration ("DEA"), as custodians of property seized in this case, completed the non-judicial (administrative) forfeiture of a portion of the property named in the Forfeiture Allegation of the Superseding Information, and more particularly, the CBP and the DEA administratively forfeited:

- approximately $895,300.00 in United States Currency seized on or about June 30, 2022, from Car-Go Storage, Unit T15 (a portion of forfeiture item 6);
- approximately $325,040.00 in United States Currency seized on or about June 30, 2022, from Car-Go Storage, Unit O19 (a portion of forfeiture item 7); and
- $95,577.00 in United States Currency seized on or about June 29, 2022, from inside the residence located at 140 Whitethorne Avenue, Columbus, Ohio (a portion of forfeiture item 9).

As such, further judicial forfeiture action or ancillary hearings are not necessary to accomplish the forfeiture and/or disposal of this portion of the property.[1]

Therefore, based upon the record of this case and the agreement of the parties, the Court finds that the requisite nexus exists between the subject property identified herein and the violations alleged in Counts One through Three of the Superseding Information to which the defendant has pleaded guilty, that this property is forfeitable under 18 U.S.C. § 982(a)(1), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), 18 U.S.C. §§ 1594(d) and (e), and/or 21 U.S.C. § 853(a)(1) and (2), and that the United States is entitled to possession of the subject property.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED:**

1. That Defendant Patrick M. Saultz shall forfeit to the United States the subject property, that is:

    1. A black 2019 BMW 7 Series, VIN WBA7F2C56KB239637, last known to display Ohio license O031151, titled in the name of Defendant Patrick M. Saultz;

    2. A black 1986 Buick Regal, VIN 1G4GK4772GP458025, last known to display Ohio license 295ZKR, titled in the name of Defendant Patrick M. Saultz;

    3. A teal Harley Davidson Road Glide motorcycle, VIN 1HD1KTM11FB611217, last known to display Ohio license HYS59, titled in the name of Ashley R. Morrison (Ashley Saultz);

    4. Approximately $71,730.27 seized on or about July 11, 2022, from JP Morgan Chase Checking Account xxxx6895, held in the name of Defendant Patrick Saultz, pursuant to a federal seizure warrant;

---

[1] As part of his Plea Agreement, Defendant Saultz acknowledged that forfeiture of the subject property may be accomplished through administrative or judicial forfeiture proceedings at the United States' discretion. (*See* Plea Agreement, Doc. 471 at PAGEID #: 1466.)

5. The following property seized on or about June 30, 2022, from Car-Go Storage, Unit S14:
   - A Remington Wingmaster 870 shotgun, bearing Serial Number S635855V;
   - A Sears Roebuck Model 21 shotgun, bearing no Serial Number;
   - A Mauser K98 rifle, bearing Serial Number 9130256982;
   - A Mossberg 930, shotgun, bearing Serial Number AF116053;
   - A Winchester 94 rifle , bearing Serial Number 4547097;
   - A Kel-Tec PLR 16 pistol, with scope, and bearing Serial Number P8J10; and
   - All magazines and ammunition.

6. A Rolex Oyster Perpetual Datejust watch held in a green box seized on or about June 30, 2022, from Car-Go Storage, Unit T15;

7. A Smith and Wesson M&P 2.0 pistol, bearing Serial Number NCL4076, including all magazines and ammunition, seized on or about June 30, 2022, from Car-Go Storage, Unit O19;

8. Approximately $112,646.18 seized on or about July 11, 2022, from Huntington Bank Business Checking Account xxxx3720, held in the name of Ohio P&C Properties, LLC, pursuant to a federal seizure warrant;

9. The following property seized on or about June 29, 2022, from the residence located at 140 Whitethorne Avenue, Columbus, Ohio:
   - A Ruger -57 pistol, bearing Serial Number 641-60669;
   - All magazines and ammunition;
   - Approximately $5,000.00 in United States currency seized from the 2019 black BMW located at the residence; and
   - A Rolex watch.

10. The following property seized on or about February 17, 2022, from the residence located at 634 South Ogden Avenue, Columbus, Ohio:
    - A Smith and Wesson, US M&P P9 handgun, bearing Serial Number NBL1170;
    - All magazines and ammunition; and
    - Approximately $2,668.00 in United States currency.

11. Approximately $9,000.00 in United States currency seized on or about October 27, 2022, from the residence located at 69 East 4th Avenue, Columbus, Ohio;

12. The Real Property known and numbered as 465 East Morrill Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, and legally described as:

Parcel Three

Situated in the State of Ohio, County of Franklin and in the City of Columbus:

Being a part of Lot Number One of NATHANIEL MERTON'S SUBDIVISION of part of half section No. 41, Township No. 5, Range 22 Refugee Lands, as the same is designated on the recorded Plat thereof, of record in Plat Book 1, Page 365, Recorder's Office, Franklin County, Ohio and being more particularly described as follows:

Being on the south of Morrill Avenue 160 feet East of an iron pin at the southeast corner of Parsons Avenue and said Morrill Avenue; thence East on the south line of said Morrill Avenue, 93 feet to a point; thence South on a line parallel with Parsons Avenue, 135 feet to a 16 foot alley; thence West parallel with said Morrill Avenue 93 feet to a 20 foot alley; thence North on the east line of said 20 foot alley, 135 feet to the place of beginning, and being known as Lots 18, 17, and 16 of a Subdivision of said Lot Number One made by L. B. Tussing as shown on the records of the County Auditor of said County.

Excepting however from the above described premises Lot 18 and 16 feet off of the entire west side of Lot 17, bounded and described as follows:

Beginning on the South line of Morrill Avenue 160 feet East of an iron pin at the southeast corner of Parsons Avenue and said Morrill Avenue; thence East on the south line of said Morrill Avenue, 47 feet to a point in the south line of Morrill Avenue; thence South on a line parallel with Parsons Avenue, 135 feet to a 16 foot alley; thence West parallel with said Morrill Avenue 47 feet to a 20 foot alley; thence North on the east line of said 20 foot alley, 135 feet to the place of beginning.

The premises hereby conveyed being Lot 16 and 15 feet off of the East side of Lot 17 of a subdivision of said Lot Number One made by L. B. Tussing as shown on the records of the County Auditor of said County.

Permanent Parcel Number: 010-1477
Commonly Known As: 465 East Morrill Avenue, Columbus, Ohio 43207
Last Deed of Record recorded at Instrument Number 201811260158975 in the records of the Franklin County, Ohio Recorder.

13. The Real Property known and numbered as 430 1/2 South Warren Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, and legally described as:

    Situated in the State of Ohio, County of Franklin and in the City of Columbus:

    Being Lot Number Three Hundred Forty-six (346) of WICKLOW ADDITION, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 5, Pages 412, 413 and 414, Recorder's Office, Franklin County, Ohio.

    Tax Parcel #: 010-008937
    Address: 430 S. Warren Avenue, Columbus, Ohio 43204
    Last Deed of Record recorded at Instrument Number 201811260158978 in the records of the Franklin County, Ohio Recorder.

14. The Real Property known and numbered as 440 South Harris Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, and legally described as:

    Situated in the County of Franklin, in the State of Ohio, and in the City of Columbus:

    Being Lot Number Five Hundred Eighty-One (581) of WICKLOW EXTENSION ADDITION, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book Seven (7), page Sixty-Five (65), Recorders' Office, Franklin County, Ohio.

    Permanent Parcel No: 010-024345-00
    Commonly known as: 440 S. Harris Avenue, Columbus, Ohio 43204
    Last Deed of Record recorded at Instrument Number 201811260158976 in the records of the Franklin County, Ohio Recorder.

15. The Real Property known and numbered as 113 Whitethorne Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, and legally described as:

    Situated in the State of Ohio, County of Franklin and in the City of Columbus:

    Being Lot Number Fifty-Three (53) of HAYDEN AND PRICE'S WESTWOOD HEIGHTS ADDITION to said City as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 4, Page 426, Recorder's Office, Franklin County, Ohio.

    Parcel Number: 010-028090-00
    Property Address: 113 Whitethorne Avenue, Columbus, Ohio 43223
    Last Deed of Record recorded at Instrument Number 201811260158974 in the records of the Franklin County, Ohio Recorder.

16. The Real Property known and numbered as 121 Whitethorne Street, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties, LLC, and legally described as:

    Property is situated in the State of Ohio, County of Franklin, City of Columbus, and described as follows:

    Being Lot Number Sixty (60) of Hayden and Price's Westwood Addition, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 4, Page 426, Recorder's Office, Franklin County, Ohio.

    Parcel Number: 010-000068
    Property Address: 121 Whitethorne Avenue, Columbus, Ohio 43223
    Last Deed of Record recorded at Instrument Number 202006100080909 in the records of the Franklin County, Ohio Recorder.

17. The Real Property known and numbered as 559 South Burgess Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, and legally described as:

    Situated in the County of Franklin, in the State of Ohio, and in the City of Columbus:

    Being Lot Number Eighty-nine (89) of HARVEY HEFFNER'S SUBDIVISION OF LANDS KNOWN AS HEFFNER HEIGHTS, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 15, Page 24, Recorder's Office, Franklin County, Ohio.

    Permanent Parcel Number: 010-68315
    Commonly Known As: 559 South Burgess Avenue, Columbus, Ohio 43204
    Last Deed of Record recorded at Instrument Number 201811260158977 in the records of the Franklin County, Ohio Recorder.

18. The Real Property known and numbered as 438 South Harris Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties LLC, and legally described as:

    Parcel One:
    Situated in the County of Franklin, in the State of Ohio, and in the City of Columbus:

    Being Lot Number Five Hundred Eighty (580) in WICKLOW EXTENSION ADDITION, in said City, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 7, Page 65, Recorder's Office, Franklin County, Ohio.

    Parcel No.: 010-44300
    Property Address: 438 S. Harris Ave., Columbus, OH 43204
    Last Deed of Record recorded at Instrument Number 201904170044136 in the records of the Franklin County, Ohio Recorder.

19. The Real Property known and numbered as 140 Whitethorne Avenue, Columbus, Franklin County, Ohio, with all appurtenances, attachments, and improvements thereon, Record Owner: Ohio P & C Properties, and legally described as:

Situated in an Unincorporated area in the County of Franklin, State of Ohio:

Parcel One being Lot Number Ten (10) in David Livingston's Subdivision as said lot is numbered and delineated upon the recorded Plat thereof of Record in Plat Book 4, Page 355, Recorder's Office, Franklin County, Ohio.

Parcel Two; a Driveway Easement over the following described premised; being a strip of land 3.9 (Three and Nine-Tenths) Feet in width and 100.2 (One Hundred and Two-Tenths) Feet in depth off the Southwest Corner of Lot Number Nine (9) in David Livingston's Subdivision, as the same is numbered and delineated upon the Recorded Plat thereof of Record in Plat Book 4, Page 355, Recorders' Office, Franklin County, Ohio.

Also Known As: 140 Whitethorn Ave, Columbus, Ohio 43223
Tax Parcel Number: 010-024164-00
Last Deed of Record recorded at Instrument Number 202108120143179 in the records of the Franklin County, Ohio Recorder.

2. That the designated agents with the CBP, the DEA, the Internal Revenue Service, and the United States Marshals Service shall immediately seize the subject property and hold same in their secure custody and control.

3. That the United States is authorized to conduct any discovery proper in identifying, locating, or disposing of the subject property in accordance with Fed. R. Crim. P. 32.2(b)(3).

4. That, in accordance with 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States shall publish notice of this Order and of its intent to dispose of the subject property in such manner as the Attorney General may direct. The United States shall also provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

5.  That pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant Patrick M. Saultz at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, the United States may, as provided by Fed. R. Crim. P. 32.2(c)(2), notify the Court that this Order shall become the Final Order of Forfeiture.

6.  That following the Court's disposition of all petitions filed in accordance with 21 U.S.C. § 853(n), or, if no such petitions are filed, following the expiration of the period for the filing of such petitions, the United States shall have clear title to the subject property.

7.  That the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**ORDERED** this 20th day of September, 2023.

                                              s/Edmund A. Sargus, Jr.
                                              HONORABLE EDMUND A. SARGUS, JR.
                                              UNITED STATES DISTRICT JUDGE

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Timothy D. Prichard
TIMOTHY D. PRICHARD (OH 0059455)
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorneys