UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                             Case Number 2:22-cr-117(2)
                                                Judge Edmund A. Sargus, Jr.

PATRICK SAULTZ,
    Defendant.

## Sentencing
## Monday, March 10, 2025
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Tim Prichard and Emily Czerniejewski
For Defendant: Steve Nolder
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The defendant is sentenced as follows:

360 months imprisonment on counts one and two and 240 months on count three all to run concurrently and to run concurrently with Franklin County Common Pleas Court case numbers 2017 CR 4153 and 2017 CR 4152.
10 years supervised release on counts one and two and three years supervised release three all to run concurrently.
$300 special assessment.
Forfeiture Ordered.